IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CULBERTSON,<br>    Plaintiff, | Civil Action No. 3:14-cv-2044 |
| v. | (Judge Mariani) |
| UNITED STATES OF AMERICA, *et al.*,<br>    Defendants. | |

### ORDER

**AND NOW**, this _13th_ day of May, 2015, in accordance with the Court's Memorandum of same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for extension of time to file a certificate of merit is **GRANTED**. (Doc. 25).

2. Plaintiff shall file a certificate of merit within twenty (20) days of the date of this Order.

2. Plaintiff's motion for leave to amend the complaint is **DENIED**. (Doc. 30).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge