## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN CULBERTSON,                    :
      Plaintiff,                          :          Civil Action No. 3:14-cv-2044
                                               :
      v.                                  :          (Judge Mariani)
                                                 :
UNITED STATES OF AMERICA,             :
      Defendant.                          :

### ORDER

**AND NOW**, this _27th_ day of July, 2015, in accordance with the Court's

Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.   Defendants' motions to dismiss, (Docs. 21, 27), are **GRANTED**.

2.   Plaintiff's Federal Tort Claims Act claims against Defendants Buschman, Santos, Zickefoose, Holtzapple and Ball are **DISMISSED with prejudice**, as they are not proper defendants to a Federal Tort Claims Act action.

3.   Plaintiff's Federal Tort Claims Act claim against the United States of America is **DISMISSED without prejudice**.

4.   All other pending motions are **DISMISSED**.  (Docs. 24, 40).

5.   The Clerk of Court is directed to **CLOSE** this case.

6.   Any appeal taken from this Order will be deemed frivolous, without probable cause, and not taken in good faith.

Robert D. Mariani
United States District Judge